**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER BERNIZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOME POINT CAPITAL INC., WILLIAM A. NEWMAN, MARK E. ELBAUM, AGHA S. KHAN, STEPHEN A. LEVEY, and ERIC L. ROSENZWEIG,<br><br>Defendants. | No.: 2:21-cv-15842-ES-CLW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><u>CLASS ACTION</u> |

**PLEASE TAKE NOTICE** that Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Alexander Berniz ("Plaintiff") hereby voluntarily dismisses, without prejudice, the above-captioned action against all defendants. Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a) as no defendant has filed an answer or moved for summary judgment. No Class has yet been certified. Neither Plaintiff nor his attorneys have or will receive any consideration for this dismissal. Each party is to bear its own costs.

There is a substantially similar action proceeding and pending against the same defendants styled as *Windemuth, et al. v. Home Point Capital Inc.*, *et al.*, Case No. 2:21-cv-11457-LJM-KGA, pending in United States District Court, Eastern District of Michigan, (the "*Windemuth* Action"). The *Windemuth* Action asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, arising from the same conduct as the instant action.

Dated: August 30, 2021                              Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Plaintiff*

**SO ORDERED.**

/s/Esther Salas
**Hon. Esther Salas, U.S.D.J.**
**Date:** September 13, 2021